

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EDUARDO CARO,<br>    Plaintiff, | §<br>§<br>§ |
| VS. | § CIVIL ACTION NO. _____ |
| PENSKE TRUCK LEASING CO., L.P.,<br>    Defendant. | §<br>§<br>§ EP08CA0186 |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Please take notice that, pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant, Penske Truck Leasing Co., L.P. ("Penske" or "Defendant"), hereby removes to this Court the state court action described below:

1. On April 3, 2008, Plaintiff, Eduardo Caro ("Caro" or "Plaintiff"), commenced an action against Defendant, his alleged former employer,[1] in the County Court at Law Number 6, El Paso County, Texas. This action is entitled *Eduardo Caro v. Penske Truck Leasing Co., L.P.,* Cause No. 2008-1310. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit A is a copy of all process, pleadings, and orders served upon Penske in this case as well as the verified original answer of Penske.

2. The first date upon which Penske received a copy of Plaintiff's Original Petition was April 24, 2008, when Penske was served with a copy of said petition and citation from the El Paso District Clerk. Defendant files this notice within 30 days after a receipt of the initial

---

[1] Plaintiff's Original Petition improperly names "Penske Truck Leasing Co., L.P." as Plaintiff's employer. Penske Logistics, LLC is the entity that employed Plaintiff at all time relevant to this case. See Defendant's Original Answer, Exhibit A attached hereto.

1

pleading setting forth the claim of relief upon which such action or proceeding in based. 28 U.S.C. § 1446(b).

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action arising under the Constitution, treaties, or laws of the United States. Plaintiff's Original Petition alleges violations of the Family Medical Leave Act, 29 U.S.C. §§ 2601 *et seq.*

4. This Notice is timely filed pursuant to 28 U.S.C. § 1446(b). Penske is filing this removal within thirty days of April 24, 2008, the date that Penske was served with Plaintiff's Original Petition.

Respectfully submitted,

Eduardo F. Cuaderes Jr.
State Bar No. 05200800
Gustavo Edelberto Cuadra
State Bar No. 24038850

LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Avenue, Suite 1500
Lock Box 116
Dallas, Texas 75201.2931
214.880.8100
214.880.0181 (Facsimile)
jcuaderes@littler.com
ecuadra@littler.com

       Jeanne C. Collins
       State Bar No. 04611750

       Kemp Smith LLP
       221 N. Kansas, Suite 1700
       El Paso, Texas 79901
       (915) 533-4424
       (915) 546-5360 (FAX)
       Cezy.Collins@kempsmith.com

       Attorneys for Penske Truck Leasing Co., L.P.

## CERTIFICATE OF SERVICE

I certify that this foregoing Notice of Removal was served to the following counsel of record, via certified mail, return receipt requested, on the 15th day of May, 2008, as follows:

    Enrique Chavez, Jr.
    Chavez Law Firm
    2101 North Stanton Street
    El Paso, Texas 79902

Firmwide:85082783.1 800000.3500

Tracy



**CORPORATION SERVICE COMPANY**

RECEIVED
APR 24 2008

## Notice of Service of Process

TVW / ALL
Transmittal Number: 5738391
Date Processed: 04/24/2008

| | |
|---|---|
| Primary Contact: | Janice Kloc<br>Penske Truck Leasing Co.<br>Route 10 Green Hills<br>Legal Department<br>Reading, PA 19603 |
| Copy of transmittal only provided to: | Michael Duff Esq.<br>Joann Mohr |

| | |
|---|---|
| Entity: | Penske Truck Leasing Co., L.P.<br>Entity ID Number 2112340 |
| Entity Served: | Penske Truck Leasing Co., L.P. |
| Title of Action: | Eduardo Caro vs. Penske Truck Leasing Co., L.P. |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Labor / Employment |
| Court: | El Paso District Court, Texas |
| Case Number: | 2008-1310 |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 04/24/2008 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 20 days after service |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Plaintiff's Attorney: | Enrique Chavez, Jr.<br>915-351-7772 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com



RECEIVED
APR 24 2008
LEGAL DEPT.



867-CITATION FOR PERSONAL SERVICE-Either Court-by Certified Mail-Rev. 9-07

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   PENSKE TRUCK LEASING CO., L.P., who may be served with process by serving its registered agent, Csc Lawyers Incorporated Service, at 701 Brazo, Ste. 1050, Austin, Tx 78701

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court No. 6**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on 04/03/2008, by Attorney at Law CHAVEZ JR., ENRIQUE, 2101 STANTON, EL PASO TX 79902, in this case numbered **2008-1310** on the docket of said court, and styled:

CARO, EDUARDO vs. PENSKE TRUCK LEASING CO., L.P.

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.
The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.
Issued and given under my hand and seal of said Court at El Paso, Texas, this 14th day of April, 2008.
Attest: GILBERT SANCHEZ, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
GILBERT SANCHEZ, District Clerk
Rm. 103 COUNTY COURTHOUSE
500 E. SAN ANTONIO
El Paso Texas, 79901

By _____, Deputy
Gilberto Valenzuela

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a) (2) the citation shall be served by mailing to the defendant by _certified mail_ Return receipt requested, a true copy of the citation _____.
Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the _____ day of _____, 2008 at _____, I mailed to

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition attached thereto.

| *NAME OF PREPARER | | TITLE |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP |

_____
TITLE

*If not applicable so state N/A.
DISTRICT CLERK 20

867-CITATION FOR PERSONAL SERVICE-Either Court-by Certified Mail-Rev. 9-07

## RETURN OF SERVICE

A true copy of the Citation with a copy of the _____ attached thereto was mailed to _____, by certified mail, return receipt requested.

Delivery was completed on _____, delivered to _____ _____ as evidenced by Domestic Return Receipt PS Form 3811 attached hereto.

The described documents were not delivered to the named recipient. The certified mail envelope was returned undelivered marked _____.

This forwarding address was provided: _____.

Attest: GILBERT SANCHEZ, District Clerk
El Paso County, Texas

By:_____
Deputy District Clerk

OR

_____
Name of Authorized Person

By:_____

## VERIFICATION BY AUTHORIZED PERSON

State of Texas
County of El Paso

Before me, a notary public, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am a disinterested party qualified to make an oath of that fact and the statements contained in the Return of Service are true and correct."

Subscribed and sworn to be on this ___ day of _____, _____.

_____
Notary Public, State of _____
My commission expires:_____

*If not applicable so state N/A.
DISTRICT CLERK 20



IN THE _____ JUDICIAL DISTRICT COURT
COUNTY COURT AT LAW NUMBER ___
OF EL PASO COUNTY, TEXAS

| | |
|---|---|
| EDUARDO CARO, § | |
| § | |
| Plaintiff, § | |
| § | Cause No. _____ |
| v. § | |
| § | |
| PENSKE TRUCK LEASING CO., L.P. § | |
| § | |
| Defendant. § | |

## ORDER FOR SERVICE

It is ORDERED by the Court, pursuant to Rule 103, and 106 of the Texas Rules of Civil Procedure that *Sergio Reyes/Sylvia Loya, d/b/a SSR Process Service,* who is not less than eighteen yeas of age, is a disinterested and unrelated party, serve process on **PENSKE TRUCK LEASING CO., L.P.**, by serving its registered agent, **CSC Lawyers Incorporated Service, 701 Brazo, Ste. 1050, Austin, Texas 78701** or wherever it may be found, and attach a true copy of Plaintiff's First Amended Original Petition to any and all process.

IT IS FUTHER ORDERED, that a copy of this Order will be delivered along with a copy of the pleadings served to each Respondent and that any and all such processes be returned in compliance with Rule 105, 106, 107, and 109 of the Texas Rules of Civil Procedure.

IT IS SO ORDERED.

SIGNED and ENTERED on this the ___ day of March 2008.

_____
Judge Presiding

Approved As To Form:

_____
Enrique Chavez, Jr.



IN THE COUNTY COURT AT LAW NUMBER 6
EL PASO COUNTY TEXAS

| | | |
|---|---|---|
| EDUARDO CARO, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | Cause No. 2008-1310 |
| | § | |
| PENSKE TRUCK LEASING CO., L.P., | § | |
| | § | |
| DEFENDANT. | § | |

FILED
GILBERT SANCHEZ
DISTRICT CLERK
2008 APR 3 PM 2 06
EL PASO COUNTY, TEXAS
BY _____ DEPUTY

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT:

Plaintiff EDUARDO CARO, now complains of PENSKE TRUCK LEASING CO., L.P., Defendant, and respectfully shows the court and jury as follows:

### I. Discovery Level

1. Discovery is intended to be conducted under Level 2 of Texas Rule of Civil Procedure 190.

### II. Jurisdiction

2. This is a proceeding authorized by and instituted pursuant to the Family & Medical Leave Act of 1993 (FMLA). 29 U.S.C. §2601, *et seq*. It is brought to prevent Defendant from denying, restraining or otherwise interfering with the rights guaranteed Plaintiff by the FMLA, and to recover damages and other relief authorized by section 2617(a) of the FMLA. 29 U.S.C §2617(a).

3. Jurisdiction is proper by virtue of section 2617(a)(2) which provides for concurrent jurisdiction in a State Court for actions arising under the FMLA. 29 U.S.C. §2617(a)(2).

### III. Parties

4. Plaintiff is a citizen of the United States and a resident of Texas. He is an employee and an eligible employee within the meaning of the FMLA. 29 U.SC § 2611. Plaintiff has been subjected to unlawful employment practices committed within the State of Texas.

5. PENSKE TRUCK LEASING CO., L.P. is an employer within the meaning of section 2611(4) of the FMLA in that PENSKE TRUCK LEASING CO., L.P. employs and has employed 50 or more employees for each working day during each of

twenty or more calendar work weeks during the applicable time period, and is engaged in commerce or in an industry or activity affecting commerce. Defendant PENSKE TRUCK LEASING CO., L.P. may be served by serving its agent for service of process, CSC Lawyers Incorporated Service, 701 Brazo, Ste. 1050, Austin, Texas 78701.

### IV. Facts and Causes of Action

6. Plaintiff would show that PENSKE TRUCK LEASING CO., L.P. violated the FMLA with respect to him in the following and other respects:

   (a) by firing him on or about 11-26-06, without providing him the leave entitlement guaranteed by the FMLA because of his own serious health condition;

   (b) by interfering with, restraining or denying plaintiff's exercise or his attempts to exercise his rights provided by the FMLA;

   (c) by discriminating and or otherwise retaliating against him in violation of the FMLA.

7. All conditions precedent to the filing of this action have occurred or have been fulfilled.

### V. Damages

8. Plaintiff seeks statutory damages, back pay, front pay and or lost wages and benefits in the past and future, all actual monetary losses, liquidated damages, attorney's fees, expert witness fees, costs, interest and such other and further legal and equitable relief to which Plaintiff is entitled pursuant to the FMLA.

9. Plaintiff is entitled to actual damages, including pecuniary damages, mental anguish or emotional pain and suffering, inconvenience, and loss of enjoyment of life in the past and in the future, and such other and further relief to which Plaintiff is entitled because of the actions and or omissions complained of above.

10. Additionally, to the extent permitted by law, Plaintiff is entitled to recover punitive damages because Defendants acted with malice as contemplated by Chapter 41 of the Texas Civil Practice and Remedies Code. Tex. Civ. Prac. & Rem. Code, Ch. 41.

## VI. Jury Demand

11. Plaintiff demands this case be decided by jury as allowed by Texas Rule of Civil Procedure 216.

## VII. Request for Disclosure

12. Pursuant to Texas Rule of Civil Procedure 194, Defendant is requested to disclose the information and material described in Rule 194.2(a)-(k).

## VIII. Prayer

MR. CARO respectfully prays that he recover from Defendant PENSKE TRUCK LEASING, CO., L.P. statutory damages under the FMLA, actual damages, and punitive damages under Texas law, plus prejudgment interest, post-judgment interest and such other and further relief to which he may show himself to be justly entitled, in law and in equity. The amount sought herein is within the jurisdictional limits of the court.

SIGNED on this 28 day of March, 2008.

Respectfully submitted,

CHAVEZ LAW FIRM
2101 N. Stanton Street
El Paso, Texas 79902
(915) 351-7772
(915) 351-7773 facsimile

By: _____
Enrique Chavez, Jr.
State Bar No.: 24001873
Attorney for Plaintiff

SSR SERVICES
P.O. Box 371475
El Paso, TX. 79937



RESTRICTED DELIVERY



RESTRICTED DELIVERY

7003 1010 0004 5429 5489

Penske Truck Leasing Co., L.P.
*CSC Lawyers Incorporated Service
701 Brazos St., Suite 1050
Austin, TX 78701