# *United States Court of Appeals*
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK



**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 10, 2009

Mr. William Putnicki
Western District of Texas, El Paso
United States District Court
511 E. San Antonio Street
Room 108
El Paso, TX 79901-0000

     No. 09-50654,  Eduardo Caro v. Penske Truck Leasing Company
            USDC No. 3:08-CV-180

Enclosed is a copy of the judgment issued as the mandate.

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        Madeline K. Chigoy, Deputy Clerk
                        504-310-7691

cc: w/encl:
     Mr. Enrique Chavez Jr.
     Ms. Jeanne Cezanne Collins
     Mr. Eduardo Flores Cuaderes Jr.
     Mr. Gustava Edel Cuadra
     Mr. Jeremy Wayne Hawpe
     Mr. John P Mobbs

*MDT-1*

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 09-50654

---

EDUARDO CARO,

       Plaintiff - Appellee

v.

PENSKE TRUCK LEASING COMPANY LIMITED PARTNERSHIP,

       Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of Texas, El Paso

---

    Pursuant to appellant's motion this appeal is dismissed this 11/10/09, see FED. R. APP. P. 42(b).

                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

By: *Madeline Chigoy*
                  Madeline K. Chigoy, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS4

1 0 NOV 2009

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

### Case No. 09-50654

U.S. COURT OF APPEALS

**F I L E D**

NOV 0 6 2009

CHARLES R. FULBRUGE III
CLERK

### EDUARDO CARO,

**Plaintiff - Appellee,**

**v.**

### PENSKE LOGISTICS, LLC,

**Defendant - Appellant.**

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

## MOTION TO DISMISS

Pursuant to Federal Rule of Appellate Procedure 42 Appellant Penske Logistics, LLC files this Joint Motion to Dismiss and in support thereof, state that all matters in controversy between the parties in the above-referenced cause have been fully and finally resolved.

WHEREFORE, Appellant Penske Logistics, LLC requests that the appeal be dismissed in its entirety with each party to bear their costs of Court.

Respectfully submitted,

*[signature]*

Douglas Y. Christian
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market St., 51st Fl.
Philadelphia, PA  19103-7599
215.864.8404 Direct
215.864.9206 Fax
christiand@ballardspahr.com

Eduardo F. Cuaderes, Jr.
Texas State Bar No. 05200800
Jeremy W. Hawpe
Texas State Bar No. 24046041
LITTLER MENDELSON
A Professional Corporation
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201.2931
214.880.8100
214.880.0181 (FAX)
jcuaderes@littler.com
jhawpe@littler.com

**COUNSEL   FOR   APPELLANT
PENSKE LOGISTICS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Appellant has conferred with counsel for Appellee, who states that he does not oppose this motion.

*[signature]*

Jeremy W. Hawpe

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been sent by Federal Express, on this 5th day of November 2009, to the following:

John P. Mobbs, Attorney at Law
4157 Rio Bravo
El Paso, TX  79902
915.541.8810
915.532.8373

Enrique Chavez, Jr.
Chavez Law Firm
2101 N. Stanton St.
El Paso, TX  79902

Jeremy W. Hawpe

Firmwide:92797918.1 025981.1040

A true copy
Attest
1 0 NOV 2009
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
Deputy

3